IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JODI DORE,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> )     **No. 06-2240-CM** <br> ) <br> **SUN LIFE ASSURANCE COMPANY OF** ) <br> **CANADA and SINCLAIR BROADCAST** ) <br> **GROUP, INC., EMPLOYEE BENEFIT** ) <br> **PLAN,** ) <br> ) <br> **Defendants.** ) <br> ) | |

## MEMORANDUM AND ORDER

This case is before the court on Defendant Sinclair Broadcast Group, Inc., Employee Benefit Plan's Motion for Summary Judgment (Doc. 34). Plaintiff responded to this motion by acknowledging all of the stated facts and noting that "Plaintiff does not oppose [defendant's] Motion for Summary Judgment." Based on this, the court grants Defendant's Motion for Summary Judgment (Doc. 34).

**IT IS THEREFORE ORDERED** that Defendant's Motion for Summary Judgment (Doc. 34) is granted.

Dated this 14th day of February 2007, at Kansas City, Kansas.

                                                **s/ Carlos Murguia** <br>
                                                **CARLOS MURGUIA** <br>
                                                **United States District Judge**